No. 616.  RUTLEDGE ET AL. *v.* UNITED SERVICES LIFE INSURANCE Co.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *P. Bateman Ennis* and *William H. Collins* for petitioners. *Neil Burkinshaw* for respondent.

No. 632. . NEW ORLEANS SHIPWRECKING CORP. *v.* SMITH ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Daniel S. Ring, Robert S. McDaniel* and *Ralph O. Clare* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondents.

No. 644.  RUAN TRANSPORT CORP. ET AL. *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD Co.  C. A. 8th Cir. Certiorari denied.  *Rex H. Fowler* for petitioners.  *J. C. Pryor* and *Eldon Martin* for respondent.

No. 562.  ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP.  C. A. 3d Cir.  Motion of petitioners to defer consideration denied; certiorari also denied.  *Edwin Hall, II,* and *Harry J. Alker, Jr.* for petitioners.  *Norris C. Bakke, Allen S. Olmsted, 2d* and *John L. Cecil* for respondent.

No. 590.  SOUTH CAROLINA PUBLIC SERVICE AUTHORITY *v.* SECURITIES & EXCHANGE COMMISSION ET AL.; and
No. 591.  SOUTH CAROLINA PUBLIC SERVICE AUTHORITY *v.* FEDERAL POWER COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE BLACK is of the opinion certiorari should be granted.  MR. JUSTICE DOUG-